**SEALED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
May 18 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | | |
|---|---|---|
| **CASE NAME:** USA v. MARK SCHENA | **CASE NUMBER:** CR 20-00425-EJD | |
| **Is This Case Under Seal?** | Yes | No ✔ |
| **Total Number of Defendants:** | 1 ✔    2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF    OAK | SJ ✔ |
| **Is this a potential high-cost case?** | Yes | No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✔ |
| **Is this a RICO Act gang case?** | Yes | No ✔ |
| **Assigned AUSA (Lead Attorney):** William Frentzen | **Date Submitted:** 05/18/2021 | |

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)