STEPHANIE HINDS (CABN 154284)
Acting United States Attorney

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

DANIEL KAHN (NYBN 4196413)
Acting Chief
U.S. Department of Justice, Fraud Section

JUSTIN WEITZ (NYBN 5027966)
Acting Principal Assistant Chief
JACOB FOSTER (CABN 250785)
Assistant Chief
Fraud Section, Criminal Division

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 20-00425-EJD |
|---|---|
| Plaintiff, | ) |
| v. | ) FILED NOVEMBER 12, 2020 |
| MARK SCHENA, | ) |
| Defendant. | ) |

| UNITED STATES OF AMERICA, | ) NO. CR-21-00214 LHK |
|---|---|
| Plaintiff, | ) |
| v. | ) FILED JUNE 25, 2021 |
| PAUL HAJE, | ) NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| Defendant. | ) |

NOTICE OF RELATED CASES
v.

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the above-captioned criminal cases may be related. On May 25, 2021, the government filed an Information against defendant Haje. That case was assigned to the Honorable U.S. District Judge Koh.

Based upon the facts, the case against Haje is related to a previously filed Indictment against Mark Schena that is currently pending before Judge Davila. The cases may be related within the meaning of Local Rule 8-1(a)(1) because they arise from the same federal investigation of health care fraud and securities fraud related to the conduct of Arrayit Corporation where defendant Schena was the President and Haje was the Vice President of Marketing. Defendant Haje has already agreed to enter a guilty plea and, as part of that plea, agreed to truthfully testify and provide information to the government. It is expected that information and testimony will relate to the criminal conduct by defendant Schena.

Likewise, the cases may be related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges. The government anticipates that evidence from Defendant Haje will be relevant at trial for defendant Schena. The government anticipates that this evidence will show a conspiracy involving defendants Haje, Schena, and others.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: June 3, 2021

Respectfully submitted,

STEPHANIE HINDS
Acting United States Attorney
Northern District of California

DANIEL KAHN
Acting Chief, Fraud Section
U.S. Department of Justice

_____/s/_____
JUSTIN WEITZ
Acting Principal Assistant Chief
JACOB FOSTER
Assistant Chief

NOTICE OF RELATED CASES

v.

|   |   |
|---|---|
| 1 | Criminal Division, Fraud Section |
| 2 | U.S. Department of Justice |
| 3 | _____/s/_____ |
|   | WILLIAM FRENTZEN |
| 4 | Chief, Corporate Fraud Strike Force |
|   | U.S. Attorney's Office for the |
| 5 | Northern District of California |