```
Todd Pickles (SBN CA 215629)
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com
```

Attorney for Defendant Mark Schena

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Mark Schena,<br><br>    Defendant. | CASE NO. 5:20-cr-00425-EJD<br><br>**STATUS REPORT AND [PROPOSED] ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER AS COUNSEL OF RECORD FOR DEFENDANT MARK SCHENA** |

Counsel for Defendant Mark Schena hereby submits this proposed order appointing the Office of the Federal Public Defender to represent Mr. Schena as counsel of record and to relieve the undersigned as counsel of record pursuant to the Court's October 21, 2021 order appointing counsel for Mr. Schena under the Criminal Justice Act due to his present financial situation. (ECF No. 77 and ECF No. 79.) Current counsel has confirmed that the Federal Public Defender will accept the appointment, with Assistant Federal Defender Robert Carlin to assume primary responsibility as counsel of record.

Respectfully submitted,

DATED: October 28, 2021                    GREENBERG TRAURIG, LLP

By: */s/ Todd Pickles*
Todd Pickles
Attorney for Defendant Mark Schena

**[PROPOSED] ORDER**

Pursuant to the Court's Order dated October 21, 2021, ECF No. 77, the Office of the Federal Public Defender is hereby appointed to represent Defendant Mark Schena in this action. Todd Pickles of Greenberg Traurig LLP is relieved as counsel of record in this matter.

IT IS FOUND AND SO ORDERED.

DATED:                                             By: _____
                                                   HON. ROBERT M. ILLMAN
                                                   United States Magistrate Judge