```
Todd Pickles (SBN CA 215629)
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
picklest@gtlaw.com
```

Attorney for Defendant Mark Schena

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Mark Schena,<br><br>    Defendant. | CASE NO. 5:20-cr-00425-EJD<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT, AND [PROPOSED] ORDER RELIEVING THE FEDERAL PUBLIC DEFENDER AS COUNSEL OF RECORD FOR DEFENDANT** |

**TO THIS HONORABLE COURT AND TO THE GOVERNMENT AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Mark Schena has retained the undersigned counsel from the firm of Greenberg Traurig LLP as his counsel of record in the above-captioned case, and the undersigned hereby makes his appearance in this case as counsel of record on behalf of Mr. Schena. The undersigned is a member of the State Bar of California and is admitted to practice in this Court. It is respectfully requested that counsel be added to the service list for this action with the following information:

```
TODD A. PICKLES
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
picklest@gtlaw.com
```

Please serve said counsel with all pleadings and notices in this action.

1 | Furthermore, in light of Mr. Schena's decision to retain private counsel, Mr. Schena respectfully
2 | requests that the Court relieve the Office of the Federal Public Defender as counsel of record in this case.
3 | Respectfully submitted,
4 | DATED:  December 10, 2021                    GREENBERG TRAURIG, LLP
5
6 | By: */s/ Todd Pickles*
    Todd Pickles
7 | Attorney for Defendant Mark Schena

**[PROPOSED] ORDER**

Based upon the appearance of retained counsel for Defendant Mark Schena, the Office of the Federal Public Defender is hereby relieved as counsel of record in this matter.

IT IS FOUND AND SO ORDERED.

DATED:

_____
HON. EDWARD J. DAVILA
United States District Judge