STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JACOB FOSTER (CABN 250785)
Assistant Chief, Fraud Section
LAURA CONNELLY (DCBN 241537)
Trial Attorney, Fraud Section

    U.S. Department of Justice, Fraud Section
    1400 New York Avenue NW
    Washington, DC 20005
    Telephone: 202-262-3520
    Jacob.Foster@usdoj.gov
    Laura.Connelly@usdoj.gov

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    Christina.Liu@udoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 20-00425 EJD |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' WITNESS LIST |
| MARK SCHENA, | |
| Defendant. | |

The United States may call the following witnesses during its case in chief:

1. Matt Atwood
2. Marc Bertaud
3. Daniel Brown
4. Thomas Carocci
5. Juan Carrasco
6. David Clouse
7. Bill Eden
8. S.A. James Gawrych
9. Sumanta Goswami
10. Paul Haje
11. Heather Hardy
12. Erika Harrell
13. Charles Ray Hatch
14. Leslie Hosier
15. Kathy Houtchens
16. Mary Jane Hutchins
17. Marc Jablonski
18. Deborah Janes
19. Elena Kemp
20. Brian Kinnerk
21. Howard Kondo
22. Alex Kondratenko or other representative from Blue Cross Blue Shield
23. Michael Kofel or other representative from Thermo Fisher Scientific
24. Erick Lee or other representative from Sutter Health
25. Matthew Marshall
26. Jessica Mellick

| | |
|---|---|
| 27. | Madan Mohan |
| 28. | Jason Nielsen |
| 29. | Martha Obeso or other CA Department of Public Health representative |
| 30. | Carol Paskiewicz |
| 31. | Michael Petron |
| 32. | Lynn Portman or other United States Department of Veterans Affairs representative |
| 33. | Saiju Pyaranja |
| 34. | Stephen Quindoza |
| 35. | Representative from Novartis |
| 36. | Representative from Quest Diagnostics |
| 37. | Saad Rahman or other representative of DrChrono |
| 38. | Teresa Resendiz de Mendez |
| 39. | Forrest Richmond |
| 40. | Teresa Scaife or other representative from Aetna |
| 41. | Patrick Shanahan |
| 42. | Steve Skidmore |
| 43. | Lecia Smith |
| 44. | Julie Taguchi |
| 45. | Allison Troxell or other representative from Blue Cross Blue Shield of Arizona |
| 46. | Paul Williams |
| 47. | Wendy Woodard |
| 48. | Susan Zullo or other U.S. Food and Drug Administration representative |
| 49. | Any witness necessary to lay a sufficient foundation for the introduction of evidence in this matter. |

The government may seek to supplement this list as trial preparations progress, and will notify the defendant and the Court of any changes to its witness list.

| | | |
|---|---|---|
| 1 | DATED: June 13, 2022 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS<br>United States Attorney |
| 3 | | |
| 4 | | /s/*Laura Connelly*<br>JACOB FOSTER |
| 5 | | Assistant Chief<br>LAURA CONNELLY |
| 6 | | Trial Attorney<br>Fraud Section, U.S. Department of Justice |
| 7 | | |
| 8 | | CHRISTINA LIU<br>Assistant United States Attorney |