UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# TITLE: *UNITED STATES v. MARK SCHENA*
# CASE NUMBER: 5:20-CR-00425 EJD

## Minute Order and Trial Log

Date:   August 19, 2022

Time in Court:   9:01-9:43 AM; 9:58-10:30; 10:44 AM – 12:58 PM; 1:57-3:22 PM; 3:35-4:27 PM

**(TOTAL time: 5 hr, 45 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:   Laura Connelly, Jacob Foster, Christina Liu
Also present:  Paralegal – Noah Schloeger
              Special Agent – James Gawyrch

Defendant Attorney(s) present:  Todd Pickles, Alexandra Block

Also present:  Paralegal – Dennis Meraz
              Mark Schena (out-of-custody)

**PROCEEDINGS: Jury Trial (Day 9)**

Jury Trial held August 19, 2022

*See* attached Trial Log.

Charging Conference set for August 22, 2022, at 9:00 AM
Further Jury Trial set for August 23, 2022, at 9:00 AM.

**The following exhibits are marked for identification:**
Plaintiffs:   1105, 1106, 1107, 1108, 1111, 1116, 1117, 676, 679, 680, 691, 692, 696, 699, 707, 708, 657, 672, 675, 678, 683, 686, 688, 695, 870, 874, 875, 1100, 1102, 1103, 1121, 1122, 1124, 1130, 1131, 1132, 1133, 1148, 1149, 1400
Defendants:

**The following exhibits are admitted into evidence:**
Plaintiffs:   1105, 1106, 1107, 1108, 1111, 1116, 1117, 676, 679, 680, 691, 692, 696, 699, 707, 708, 657, 672, 675, 678, 683, 686, 688, 695, 870, 874, 875, 1100, 1102, 1103, 1121, 1122, 1124, 1130, 1131, 1132, 1133, 1148, 1149, 1400
Defendants:

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Mark Schena*
Case No:  5:20- CR-00425 EJD

# TRIAL LOG

| Trial Date: August 19, 2022 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 9:01 am | Court in session with Counsel out of presence of Jury and witnesses |
| | | 9:03 am | Discussion of ECF No. 197 - Defense Trial Brief re Evidentiary Objections re Govt Remaining Witnesses or Evidence |
| | | 9:43 am | Court breaks for 15 minutes |
| | | 9:58 am | Court in session with Counsel in presence of Jury |
| | | | Court queries Jury re previous admonishment |
| | | 9:59 am | Government calls Witness #18 Alex Kondratenko |
| | | 10:00 am | Witness sworn |
| | | | Government begins direct examination of Alex Kondratenko |
| *See* at right | | 10:03 am | ADMITTED into Evidence – Exs. 1105, 1106, 1107, 1108, 1111, 1116, 1117 |
| | | 10:06 am | Ex. 1107, previously admitted - 2019-06-04 Colbert Email to BSC re New Facility Arrayit Corporation, and attachments – BCBS CA_ALLIED_Contract Signed.pdf; EIN Veritifcation Arrayit corporation.pdf; NPPES NPI Registry.pdf; Intro ltr Arrayit.pdf; W-9 Arrayit Corportion.pdf |
| | | 10:07 am | Ex. 1105, previously admitted – May 2019 BSC/Arrayit Email String re [EXT] -Application, and attachments – Arrayit Corporation – CP575 IRS Letter.pdf; Arayit Corporation – CLIA Certificate EXP 04-18-2020.pdf |
| | | 10:23 am | Ex. 1108, previously admitted - 2020-05-07 BSC Letter to Arrayit Corporation re Notice of Pre-payment Claim Review for Arrayit Corporation; NPI 1104316157; Provider Number PG0091105001 |

| **Trial Date: August 19, 2022** | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 10:29 am | Government completes direct | |
| | | 10:30 am | Court breaks for 14 min. | |
| | | 10:44 am | Court in session in presence of Jury and Witness #18, Alex Kondratenko | |
| | | 10:45 am | Defense begins cross-examination of Alex Kondratenko | |
| | | | Ex. 1105, previously admitted | |
| | | 10:50 am | Ex. 1108, previously admitted | |
| | | 10:52 am | Defense completes cross-examination of Alex Kondratenko | |
| | | 10:53 am | Government begins redirect examination of Alex Kondratenko | |
| | | 10:57 am | Government completes redirect examination of Alex Kondratenko | |
| | | | Witness #18 Alex Kondratenko excused | |
| | | | Government calls Witness #19 Susan Zullo | |
| | | 11:59 am | Witness sworn | |
| *See* at right | | 11:01 am | ADMITTED into Evidence (subject to Defense comments) – Exs. 676, 679, 680, 691, 692, 696, 699, 707, 708 | |
| | | | Government begins direct examination of Susan Zullo | |
| | | 11:26 am | Ex. 679, previously admitted - 2020-04-14 R. Schena Email to cdrh-eua-templates@fda.hhs.gov re Notification and EUA application from Arrayit Corporation, and attachments – Arayit Emergency Use Authorization Application for IgG Antibody Testing.pdf; Arrayit SARS-CoV-2 Test Clinical Specifications.pdf; Arrayit PT Results.pdf; sample test report negative.pdf; sample test report positive.pdf; Arrayit Laboratory Test Procedure.pdf; Arrayit Validataion Data.xlsx; Arrayit Allergy and Food Intolerance Client Services Manual.pdf; Arrayit test requisition.pdf | |
| | | 11:27 am | Ex. 679, attachment A - Arayit Emergency Use Authorization Application for IgG Antibody Testing.pdf | |
| | | 11:31 am | Ex. 679, attachment H - Arayit Allergy and Food Intolerance Client Services Manual.pdf | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| Trial Date: August 19, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 11:36 am | Ex. 679, attachment I - Arrayit test requisition.pdf | |
| | | 11:44 am | Ex. 679, attachment E - sample test report positive.pdf | |
| | | 11:47 am | Ex. 685, previously admitted - 2020-04-17 Zullo Email to R. Schena re Conversion of EUA200281 to a Pre-EUA | |
| | | 11:48 am | Ex. 699, previously admitted - 2020-04-14 US FDA Acknowledge Letter to Arrayit Corporation, and Apr 2020 CDRH-EUA Templates/Schena Email String re Notification and EUA application from Arrayit Corporation | |
| | | 11:49 am | Ex. 707, previously admitted - 2020-04-27 Zullo Email to R. Schena re Information Regarding PEUA200540 | |
| | | 11:53 am | Ex. 691, previously admitted - Apr/May 2020 R. Schena/Zullo Email String re Information Regarding PEUA200540, and attachment – Arrayit EUA Application May 10 2020.pdf | |
| | | 12:04 pm | Government completes direct examination of Susan Zullo | |
| | | | Defense begins cross- examination of Susan Zullo | |
| | | 12:36 pm | Ex. 691, previously admitted. | |
| | | 12:46 pm | Defense completes cross-examination of Susan Zullo | |
| | | 12:47 pm | Government begins redirect examination of Susan Zullo | |
| | | 12:49 pm | Ex. 691, previously admitted | |
| | | 12:54 pm | Government completes redirect examination of Susan Zullo | |
| | | | Witness #19 Susan Zullo excused | |
| | | | Side-bar discussion begins | |
| | | 12:55 pm | Side-bar discussion ends | |
| | | | Court addresses Jury | |
| | | 12:56 pm | Jury breaks for lunch | |
| | | 12:58 pm | Court breaks for 59 minutes | |

| **Trial Date: August 19, 2022** | **REPORTER(S):** Irene Rodriguez | **CLERK**: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
|  |  | 1:57 pm | Court in session with Counsel in presence of Jury |
|  |  |  | Government calls Witness #20 Teresa Resendez |
|  |  |  | Witness sworn |
|  |  | 1:58 pm | Government begins direct examination of Teresa Resendez |
|  |  | 2:11 pm | Government completes direct examination of Teresa Resendez |
|  |  |  | Witness #20 Teresa Resendez excused |
|  |  |  | Government calls Witness #21 Carol Pazskiewicz |
|  |  | 2:13 pm | Witness sworn |
| *See* at right |  | 2:14 pm | ADMITTED into Evidence – Exs. 657, 672, 675, 678, 680, 683, 686, 688, 695, 870, 874, 875, 1100, 1102, 1103, 1121, 1122, 1124, 1130, 1131, 1132, 1133, 1148, 1149, 1400 |
|  |  | 2:15 pm | Government begins direct examination of Carol Pazskiewicz |
|  |  | 2:25 pm | Ex. 308, previously admitted |
|  |  | 2:29 pm | Ex. 657, previously admitted - 2020-03-17 M. Schena Email to R. Schena re ORDER |
|  |  | 2:30 pm | Ex. 308, previously admitted |
|  |  | 2:33 pm | Ex. 401, previously admitted |
|  |  | 2:36 pm | Ex. 919, previously admitted |
|  |  | 2:55 pm | Ex. 218, previously admitted |
|  |  | 2:56 pm | Ex. 122, previously admitted - Arrayit Press Release Titled: Arrayit Corporation Increases Weekly Guidance for Doctor-Prescribed Allergy Testing Clinical Services |
|  |  | 2:59 pm | Ex. 237, previously admitted |
|  |  | 3:04 pm | Ex. 1000, previously admitted |
|  |  | 3:14 pm | Ex. 654, previously admitted |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| **Trial Date: August 19, 2022** | | | **REPORTER(S):** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 3:15 pm | Jury departs Courtroom for break | |
|  |  |  | Witness #21 Carol Pazskiewicz departs Courtroom | |
|  |  |  | Court in session with Counsel out of presence of Jury and witnesses | |
|  |  | 3:22 pm | Court breaks for 13 minutes | |
|  |  | 3:35 pm | Court in session with Counsel in presence of Jury and Witness #21 Carol Pazskiewicz | |
|  |  |  | Defense begins cross-examination of Carol Pazskiewicz | |
|  |  |  | Defense completes cross-examination of Carol Pazskiewicz | |
|  |  | 4:21 pm | Witness #21 Carol Pazskiewicz excused | |
|  |  |  | Side-bar session begins | |
|  |  | 4:23 pm | Side-bar session ends | |
|  |  |  | Court addresses Jury | |
|  |  | 4:24 pm | Court admonishes Jury | |
|  |  |  | Court in session with Counsel out of presence of Jury and witnesses | |
|  |  |  | Charging Conference set for August 22, 2022, at 9:00 AM | |
|  |  | 4:27 pm | Court adjourns | |
|  |  |  | Further Jury trial set for August 23, 2022, at 9:00 AM | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**