UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# TITLE: *UNITED STATES v. MARK SCHENA*
# CASE NUMBER: 5:20-CR-00425 EJD

## Minute Order and Trial Log

Date:   August 30, 2022

Time in Court:        9:58-10:00 AM; 10:26-12:08 PM; 12:59-3:02 PM; 3:21-4:58 PM

**(TOTAL time:  5 hr, 24 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:     Laura Connelly, Jacob Foster, Christina Liu
Also present:   Paralegal – Noah Schloeger
                Special Agent – James Gawyrch

Defendant Attorney(s) present:   Todd Pickles, Alexandra Block

Also present:   Paralegal – Dennis Meraz
                Mark Schena (out-of-custody)

**PROCEEDINGS:  Jury Trial (Day 12)**

Jury Trial held August 30, 2022

*See* attached Trial Log.

Jury Deliberations set for August 31, 2022, at 9:00 AM.

**The following exhibits are marked for identification:**
Plaintiffs:
Defendants:    1593

**The following exhibits are admitted into evidence:**
Plaintiffs:
Defendants:   **1593**

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *United States v. Mark Schena*
Case No:  5:20- CR-00425 EJD

# TRIAL LOG

| Trial Date: August 30, 2022 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 9:58 am | Court in session with Counsel out of presence of Jury |
| | 1593 | 9:59 am | ADMITTED into Evidence (as reduced by Counsel) – Excerpts of DrChrono daily log of correspondence |
| | | 10:00 am | Court breaks for 26 minutes |
| | | 10:26 am | Court in session with Counsel in presence of Jury |
| | | 10:27 am | Court queries Jury re previous admonishment |
| | | 10:29 am | Government begins Closing Argument |
| | | 12:06 pm | Government completes Closing Argument |
| | | 12:07 pm | Jury departs courtroom for break |
| | | | Court in session with Counsel out of presence of Jury |
| | | 12:08 pm | Court breaks for 51 minutes |
| | | 12:59 pm | Court in session  with Counsel in presence of Jury |
| | | | Defense begins Closing Argument |
| | | 2:55 pm | Defense completes Closing Argument |
| | | | Jury departs courtroom for break |
| | | 2:56 pm | Court in session with Counsel out of presence of Jury |
| | | 3:02 pm | Court breaks for 19 minutes |
| | | 3:21 pm | Court in session with Counsel and presence of Jury |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

| Trial Date: August 30, 2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | | Government begins rebuttal argument | |
| | | 3:58 pm | Government completes rebuttal argument | |
| | | 3:59 pm | Court begins Final Jury Instructions | |
| | | 4:50 pm | Court completes Final Jury Instructions | |
| | | | Court Security Officer sworn and takes charge of Jury | |
| | | 4:52 pm | Court in session with Counsel and Alternate Jurors | |
| | | | Court addresses alternate jurors and gives admonishment. | |
| | | 4:55 pm | Alternate Jurors released until potentially called upon | |
| | | | Court in session with Counsel out of presence of Jury and Alternate Jurors | |
| | | 4:58 pm | Court adjourns | |
| | | | Jury Deliberations set for August 31, 2022, at 9:00 AM | |

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**