# Exhibit 1
(filed under seal)