# Exhibit 2
# (filed under seal)